IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 12-cv-01649-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: January 15, 2013** | Courtroom Deputy: Robin Mason |

*Parties:*                                                          *Counsel:*

IRAKLI AVALIANI,                                          Colleen Therise Calandra

      Plaintiff,

v.

KAISER FOUNDATION HP, CO D/B/A              Mark Brian Wiletsky
KAISER PERMANENTE,

      Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session:**    9:15 a.m.
Court calls case. Appearances of counsel.

The court addresses the parties regarding the plaintiff's Unopposed MOTION to Amend/Correct/Modify #1 Complaint (Docket No. 34, filed on 1/8/2013), Magistrate Judge Shaffer's ORDER granting #33 Motion to Withdraw Document and granting #34 Motion to Amend Complaint (Docket No. 36, filed on 1/10/2013), and the defendant's MOTION for Reconsideration re #36 Order on Motion to Withdraw Document,, Order on Motion to Amend/Correct/Modify, Complaint (Docket No. 37, filed on 1/11/2013).

Argument and discussion between the court and the parties regarding the defendant's MOTION for Reconsideration re #36 Order on Motion to Withdraw Document,, Order on Motion to Amend/Correct/Modify, Complaint (Docket No. 37, filed on 1/11/2013), the plaintiff's claims and allegations, Exempla, Inc. d/b/a/ Exempla Healthcare, scheduling conference held on September 24, 2012, the scheduling ordered entered (Docket No. 20, filed on 9/24/2012) and the discovery deadlines, Rule 16, the plaintiff's AMENDED COMPLAINT against Exempla, Inc. d/b/a/ Exempla Healthcare, Kaiser Foundation HP, CO d/b/a Kaiser Permanente (Docket No. 39,

filed on 1/10/2013), and Rule 15(a) standard.

For reasons as stated on the record,

**ORDERED:**  The court **GRANTS** the defendant's MOTION for Reconsideration re #36 Order on Motion to Withdraw Document,, Order on Motion to Amend/Correct/Modify, Complaint (Docket No. 37, filed on 1/11/2013). The court **WITHDRAWS** it earlier order and **DENIES without prejudice** the plaintiff's Unopposed MOTION to Amend/Correct/Modify #1 Complaint (Docket No. 34, filed on 1/8/2013) for failure to comply with Rule 16 and Rule 16(d). The plaintiff's AMENDED COMPLAINT against Exempla, Inc. d/b/a/ Exempla Healthcare, Kaiser Foundation HP, CO d/b/a Kaiser Permanente (Docket No. 39, filed on 1/10/2013) is **STRICKEN**. The original complaint shall stand as the operative pleading in this case.

Further discussion between the court and Ms. Calandra regarding Exempla, Inc. d/b/a/ Exempla Healthcare and the plaintiff's claims and allegations.

HEARING CONCLUDED.

**Court in recess:**     **9:46 a.m.**
Total time in court:    00:31

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.