IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 12-cv-01649-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: January 25, 2013** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                 *Counsel:*

IRAKLI AVALIANI,                                                Colleen Therise Calandra

    Plaintiff,

v.

KAISER FOUNDATION HP, CO D/B/A                  Mark Brian Wiletsky
KAISER PERMANENTE,

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:      10:04 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the plaintiff's Emergency MOTION to Amend/Correct/Modify #20 Scheduling Order (Docket No. 42, filed on 1/24/2013).

Discussion between the court and Ms. Calandra regarding Rule 34 pertaining to serving requests for production, new claims against Kaiser and how the new claims could change the scope of discovery, and taking depositions.  Discussion between the court and Mr. Wiletsky regarding his thoughts on extending the discovery deadlines.  Discussion between the court and Ms. Calandra regarding the use of experts.

Discussion between the court and the parties regarding Rule 16 pertaining to the showing of good cause to extend discovery deadlines.  The court does not feel that Ms. Calandra has shown good cause to extend the discovery deadlines.  Ms. Calandra makes an oral motion to request addition time for expert designations.

The court reminds the parties of its practice standards regarding discovery disputes.

**ORDERED:** The court **GRANTS IN PART AND DENIES IN PART** the plaintiff's Emergency MOTION to Amend/Correct/Modify #20 Scheduling Order (Docket No. 42, filed on 1/24/2013). The motion is granted to the extent that it seeks to extend the affirmative and rebuttal expert designations. Affirmative experts shall be designated by **March 6, 2013**; Rebuttal experts shall be designated by **April 3, 2013**. The motion is denied to the extent that it seeks to extend any other discovery deadlines. All other deadlines shall remain as set. The court advises that it will not be willing to grant any further extensions.

HEARING CONCLUDED.

**Court in recess:** **10:31 a.m.**
Total time in court:   00:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.