**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01649-REB-CBS

IRAKLI AVALIANI,

    Plaintiff,

v.

KAISER FOUNDATION HP, d/b/a Kaiser Permanente,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation For Dismissal With Prejudice** [#48][1] filed April 2, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#48] filed April 2, 2013, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set August 2, 2013, are **VACATED**;

3. That the jury trial set to commence August 19, 2013, is **VACATED**; and

---

[1] "[#48]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE**.

Dated April 2, 2013, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge

2